**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JANET COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-10-1174-F |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On September 30, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended that the court reverse the determination of the Social Security Administration to deny plaintiff's applications for insurance benefits and supplemental security income and remand the action for further findings. Magistrate Judge Bacharach advised the parties of their right to file written objections by October 17, 2011 and that failure to file timely objections would result in waiver of the right to appeal the suggested ruling.

To date, neither party has filed an objection to the Report and Recommendation nor have they sought an extension of time to file an objection. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach (doc. no. 22) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The determination of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, to deny plaintiff, Janet Cooper's applications for

insurance benefits and supplemental security income is **REVERSED** and **REMANDED** for further findings.

DATED October 19, 2011.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1174p002.wpd

2